**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

INDIRA FRANCHESKA VILCHEZ SEVILLA,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-06480-MWC-CTS

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;
2. Judgment shall be entered GRANTING the Petition;
3. Respondents must immediately release **Petitioner Indira Francheska Vilchez Sevilla (A 232-661-122)** from custody subject to the same conditions of supervision that were in place before her October 23, 2026, detention, and prohibiting her re-detention unless Respondents first

provide notice and a hearing where Respondents must show material changed circumstances justifying Petitioner's detention;

4. When releasing Petitioner, Respondents are ordered return any property seized from her in the course of her arrest and detention;
5. Respondents are required to file a status report within three (3) days confirming that Petitioner has been released from Respondents' custody consistent with this order; and
6. Respondents are ENJOINED from re-detaining Petitioner unless and until they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that Petitioner is a flight risk or a danger to the community such that her physical custody is legally justified, and then only on a warrant issued in compliance with 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(b), or in compliance with 8 U.S.C. § 1357(a)(2) and 8 C.F.R. § 287.8(c)(2)(ii).

DATED: November 12, 2026



HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE