**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDIRA FRANCHESKA VILCHEZ SEVILLA,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-06480-MWC-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED: November 12, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE